STATE OF CONNECTICUT *v.* EUGENE COLEMAN

The defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 466 (AC 17377), is denied.

*Francis L. O'Reilly*, special public defender, in support of the petition.

*Nancy L. Chupak*, deputy assistant state's attorney, in opposition.

Decided May 12, 1999

BERTHA KANE *v.* AMERICAN INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 52 Conn. App. 497 (AC 18201), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that General Statutes §§ 38a-340 and 38a-341 (2) did not require the defendant, American Insurance Company, to issue a cancellation notice in accordance with the provisions of General Statutes § 38a-343 before terminating the plaintiff's automobile insurance coverage?"

The Supreme Court docket number is SC 16104.

*Kevin P. Thornton*, in support of the petition.

Decided May 12, 1999